IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 06-CR-00377-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CUONG QUOC TRANG

    Defendant.

_____

**NOTICE OF DISPOSITION**
_____

    COMES NOW the Defendant, Cuong Quoc Trang, by his lawyers, Joseph Saint-Veltri and David A. Oglivie, and gives notice that the Defendant and the Government have reached a disposition which will involve a plea of guilty. Apropos of this Notice, the parties have obtained a date of November 21, 2006 at 9:00 a.m. for the entry of pleas of guilty.

    Respectfully Submitted,

    s/ Joseph Saint-Veltri

    _____
    JOSEPH SAINT-VELTRI
    900 Logan Street
    Denver, Colorado  80203
    Telephone:  (303) 832-6777
    FAX: (303) 832-1631
    E-Mail: jsv@saintveltri.com
    Attorney for Defendant Trang

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on October 13, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

suneeta.hazra@usdoj.gov
corbin.weiss@usdoj.gov

           s/ Joseph Saint-Veltri
           _____
           JOSEPH SAINT-VELTRI
           900 Logan Street
           Denver, Colorado  80203
           Telephone:  (303) 832-6777
           FAX: (303) 832-1631
           E-Mail: jsv@saintveltri.com