IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 06-CR-00377-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CUONG QUOC TRANG

    Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE**
_____

COMES NOW the Defendant, Cuong Quoc Trang, by his lawyers, Joseph Saint-Veltri and David A. Oglivie, and moves this Honorable Court for the entry of an Order continuing the sentencing hearing in this matter.

AS GROUNDS for this Motion, he states and avers as follows:

1. That sentencing is scheduled in this matter for March 30, 2007 at 2:00 p.m.

2. That because the sentencing issues in this case are complex and unique, undersigned counsel and counsel for the Government, Assistant U.S. Attorney Corbin Weiss, are seeking additional time to prepare for the sentencing. It is anticipated that the additional time will afford the parties an opportunity to prepare stipulations and additional information from the Government relative to Defendant's conduct and the Pre-Sentence Investigation Report.

3. That Assistant U.S. Attorney Corbin Weiss wishes to participate in the sentencing hearing, but will be unavailable until the last two weeks of May, 2007.

WHEREFORE, the Defendant prays that the sentencing hearing be continued until mid-May, 2007, and for any further relief that this Court may deem just and proper.

Respectfully Submitted,

s/ Joseph Saint-Veltri

_____
JOSEPH SAINT-VELTRI
900 Logan Street
Denver, Colorado  80203
Telephone:  (303) 832-6777
FAX: (303) 832-1631
E-Mail: jsv@saintveltri.com
Attorney for Defendant Trang

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on March 26, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

suneeta.hazra@usdoj.gov
corbin.weiss@usdoj.gov

Additionally, a telefaxed copy of this document has been provided to the following:

Mr. Anthony Merlo
United States Probation Officer
1929 Stout St., Suite C-120
Denver, CO  80294-0101

Via Telefax:  (303) 844-5439

/s/ Joseph Saint-Veltri

_____
JOSEPH SAINT-VELTRI
900 Logan Street
Denver, Colorado  80203
Telephone:  (303) 832-6777
FAX: (303) 832-1631
E-Mail: jsv@saintveltri.com