IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 06-CR-00377-LTB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CUONG QUOC TRANG

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**
_____

THIS MATTER HAVING COME before the Court on the Defendant's Unopposed Motion, and the Court having considered said Motion,

HEREBY ORDERS that the sentencing hearing set for March 30, 2007 be rescheduled to a future date convenient to Court and counsel after May 18, 2007.

DONE AND SIGNED THIS ___ DAY OF MARCH, 2007.

                BY THE COURT:

                _____
                LEWIS T. BABCOCK
                UNITED STATES DISTRICT COURT JUDGE