**EXHIBITS 1-9**

# Family Statement

Dear Sir or Madam,

   First of all, we would like to say thank you to the American government who has brought us to promise land and who also brought us to the life of freedom.

   Secondly, we would like to say thank you to our lawyers and everybody around our family for many years. As a matter of fact, Cuong Quoc Trang is very intelligent and respectful.

   He always have a good personality. He always try to make people laugh and cheerful. Cuong is a hard worker. He takes good care of his family. We are deeply sorry for what he has done in the past.

   When he did it he was unaware that it was illegal. He is not a kind of person to try to do anything harmful to the society.

   We hope Cuong has a chance to become a good citizen. We hope the American government gives him a chance to live up a new life and to prove himself into a right direction Thank you very much.

Sincerely yours,

*[signature]*

TRONG BINH PHAM

**EXHIBIT 1**

12/14/2006

To whom it may concern,

Cuong Trang has been employed with CoorsTek since March 03, 2003. Within this short time frame he has advanced to be one of the top machinists here at our North Table Mountain (NTM) facility. Only few within his peer group parallel his machining experience and programming knowledge.

On many occasions, Cuong has demonstrated the ability to improve prototype processes and make them production ready and profitable. I am currently utilizing Cuong in many of my key projects and he is an integral part of our operations.

Sincerely,

John Pritzkau
Manufacturing Manager
CoorsTek
303-277-4258

**EXHIBIT 2**

**CoorsTek**
*Amazing Solutions.*

16000 Table Mountain Parkway
Golden, Colorado 80403
303.278.4000
800.821.6110
303.271.7009 Fax

**www.coorstek.com**

To Whom It May Concern:

    My name is John Allen I am the supervisor for departments 5505 and 5020. I have known Cuong Trang for three years. He is a very intelligent, hard working individual. His work ethic is beyond reproach. He will take on any task that is put before him. I consider him as a great coworker and a good friend.
    I would be proud to give him a letter of recommendation at any time.

Thank you

*[signature: John Allen]*
John Allen

**EXHIBIT 3**

December 11, 2006

To whom it may concern

My name is Steven Thai. I'm glad of this opportunity to give Cuong Trang a reference.

In 1995, I went to Front Range Community College and meet Cuong, we took the same class Machine Shop Applied Science Degree.

In 1997, we worked at same company Fisher Imaging Corp. until 2000 Fisher Imaging Corp. Closed.

To present we worked at Coorstek Job title is C.N.C programmer (computer Numerical Control).

Personally, I would say Cuong is painstaking at work, talent man and of pleasing personality.

If there are any questions please call me my work (303) 277-4443 Thank you.

Sincerely

*Steven Thai*

Steven Thai

**EXHIBIT 4**

EXHIBIT 5

# CERTIFICATE OF COMPLETION

This certificate is awarded to

## CUONG TRANG

in recognition for successful completion of a course in Vision Measurement Technology

November 2 & 10, 2006 (8 hours)
Date

Chris Leone
Instructor

MeasureMind 3D MultiSensor
Course



## Advanced Coordinate Technology
*Engineering Services, Sales, and Support*
4895 Joliet Street, Unit 7D • Denver, CO 80239-2525
Lab: 303-371-6818 • Capital Equipment: 303-469-6161 • Fax: 303-371-6919
www.actdenver.com



EXHIBIT 6

# CoorsTek
*Amazing Solutions.*

## 2006
# Perfect Attendance

Honorably Awarded To:

*Cuong Quoc Trang*

As acknowledgment of your exceptional attendance record, CoorsTek, Inc. is honored to present you with this certificate of appreciation.

*Hank Prey*



Issued to Employee Date:_____
Returned to Supervisor Date:_____
Extension Date:_____

**CoorsTek**
*Amazing Solutions.*

Golden Hourly
# EMPLOYEE PERFORMANCE APPRAISAL AND DEVELOPMENT FORM

| | | | |
|---|---|---|---|
| Employee Name: | CUONG TRANG | Date of Hire: | 03/03/03 |
| Dept. Name: | 5020 METAL | Dept. #: | 5020 |
| Job Title: | CNC PROGRAMMER | Job Grade: | |
| Reviewing Supervisor: | JOHN PRIZKAU | Review Date: | \_\_/\_\_/\_\_ |
| Date of Last Review: | | Period Reviewed: | \_\_/\_\_/\_\_ - \_\_/\_\_/\_\_ |

EMPLOYEE PERFORMANCE REVIEW / INSTRUCTIONS: The purpose of a performance review is to help the employee understand how well the employee is currently doing on his/her job and to assist the employee to plan realistic steps toward personal growth and development. Since the focus is on the employee's understanding and development, it is important that the employee participate actively in this review and planning process. This performance review form is intended to be a worksheet with which the employee and the supervisor jointly work out an action program, which will yield improved performance by the employee on the employee's present job and also better equip the employee to handle future responsibilities.

Each employee's ability and fitness in their PRESENT occupation or for promotion may be appraised with a reasonable degree of accuracy and uniformity, through this rating report. The rating requires the appraisal of the employee in terms of their ACTUAL PERFORMANCE. It is essential, therefore, that snap judgment be replaced by careful analysis. Please follow these instructions carefully.
1. Use your own independent judgment.
2. Disregard your general impression of the employee and concentrate on one factor at a time.
3. Study carefully the definitions given for each factor and the specifications for each degree.
4. When rating an employee, call to mind instances that are typical of the employee's work and way of acting. Do not be influenced by UNUSUAL CASES, which are not typical.
5. Make your rating with the utmost care and thought. Be sure that it represents a fair opinion. DO NOT ALLOW PERSONAL FEELINGS TO GOVERN YOUR RATING.

## 1. PERFORMANCE APPRAISAL FACTORS

| | | | | | |
|---|---|---|---|---|---|
| **1. QUANTITY OF WORK:** Volume of work based upon recognized standards of performance. Consider how well employee meets schedules. | Consistently slow and behind schedule. | Meets only minimum requirements. Volume marginal. | Steady producer. Regularly meets and sometimes exceeds requirements. Good volume. | Regularly and substantially exceeds minimum requirements. Very good volume. | Exceptionally high producer. Consistently does more than expected. |
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: VERY GOOD QTY ALWAYS BUSY.

| | | | | | |
|---|---|---|---|---|---|
| **2. QUALITY OF WORK:** Accuracy and thoroughness with which work meets recognized standards of performance. | Below standard. Needs constant checking. | Meets only minimum requirements. Requires more than normal checking. | Frequently exceeds minimum requirements. Requires only normal checking. | Regularly exceeds minimum requirements. Seldom necessary to check. | Exceptionally high standards of quality. |
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: High Quality

| | | | | | |
|---|---|---|---|---|---|
| **3. KNOWLEDGE OF JOB:** Knowledge and understanding of all phases of employee's job and related functions. | Lacks basic fundamentals. Poor understanding of techniques and procedures. | Fair knowledge of job requirements and related functions. | Normally expected knowledge of jobs and related functions. | Knowledge of job and related functions above normal. Well informed. | Exceptional mastery over all phases of employee's work and related functions. |
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: EXCELLENT PROGRAMMING SKILLS EXCELLENT MACHINING SKILLS

HR 007.0

**EXHIBIT 7**

10/00

| 4. INITIATIVE: | A routine worker; usually waits to be told, requiring constant directions. | Often waits unnecessarily for directions. | Does regular work without waiting for directions. Follows instructions. Requires little follow-up. | Resourceful; alert to opportunities for improvement of work. Volunteers suggestions. | Exceptionally high producer. Consistently does more than expected. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: _Coong rarely has to look for work. Everyone comes to him_

| 5. PLANNING & ORGANIZATION: The ability to plan, schedule, coordinate and finish an assignment. | Plans work poorly and inefficiently. Has difficulty in getting satisfactory output. | Merely follows existing procedures. Below normal in planning, organizing and coordinating. | Plans normal work satisfactorily. Needs guidance in major changes. | Needs little guidance in coordinating major efforts. | Recognizes broad objectives clearly and plans and organizes accordingly. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: _Coong has taken on all responsibilities associated with tool crib and tooling purchases_

| 6. JUDGMENT The ability to think through a problem, analyze facts and reach a conclusion. Ability to distinguish between the practical and the impractical and to use discretion. | Slow and erratic in analysis. Lacking in ability to evaluate facts. Closed mind on most matters. | Frequently fails to consider obvious facts. Narrow in thinking. May be strongly biased. | Considers obvious facts. Generally displays good judgment. Majority of decisions sound. | Picks out important facts. Conclusions are logical and practical. | Systematically searches for all facts. Exceptional judgment. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: _Great judgement._

| 7. DEPENDABILITY: The measure of whether an employee can be counted on to complete a project thoroughly and on time. Absenteeism and tardiness must be considered. | Needs constant supervision. Poor punctuality. Cannot be relied upon. | Requires close supervision. Fair punctuality and attendance. Not dependable. | Average supervision required. Usually prompt and dependable. Less than 40 hours absence in a rolling 12mth period. | Little supervision required. Good record of attendance and punctuality. Dependable. | No supervision required. Extremely conscientious and reliable. Inspires complete confidence. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: _Super dependable will work Sat/Sun to get the job done_

| 8. RESPONSIBILITY Does the employee meet goals and objectives on time? | Acceptance of responsibility is unsatisfactory. | Needs improvement in acceptance of responsibility to be satisfactory. | Satisfactorily accepts responsibility. Average accomplishment of goals and objectives. | Employee exhibits good ability and willingness to accept responsibility. | Excellent performance of responsibility. Strives to do more than is required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: _See above_

| 9. FOLLOW THROUGH: Does the employee stick with a goal or objective without undue supervision until the objective has been accomplished? | Requires a great deal of supervision to effectively complete a job/project. | Needs more than average amount of supervision to complete assigned jobs/projects. | Satisfactorily completes most goals/projects. Generally follows through to completion without prompting. | Shows better than average ability to finish a job with relatively little "follow-up" by supervision. | Very persistent. Effectively completes jobs/assignments with little or no supervision. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: NEVER NEED TO FOLLOW UP.

| 10. ENVIRONMENTAL, HEALTH AND SAFETY COMPLIANCE: Handles job responsibilities in an orderly and organized way: follows safety, environmental and housekeeping standards. | Below standards. Needs constant supervision. | Needs more than average amount of supervision. Meets only minimum requirements. | Average supervision required. Regularly meets requirements. | Employee shows better than average awareness regarding EHS requirements. Little supervision required. | Extremely conscientious. Readily complies with all federal, state and local EHS requirements. Little or no supervision required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems:

| 11. TEAMWORK: Consider how well employee relates to co-workers. Is employee approachable, helpful, considerate & supportive. | Is not a team-player. Fails to contribute to a teamwork environment. | Needs improvement. Often requires close monitoring from management. | Adequate team skills. Deals effectively with others. | Exceeds requirements. Strives to promote harmony, respect & support to co-workers. | Exceptional team skills. Leads by example & is an inspiration to others. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: EXCELLENT TEAMWORK ABLE TO WORK WITH VIRTUALLY EVERYONE ON ALL LEVELS.

| 12. COMMUNICATION: How well does the employee document and assure information is communicated effectively. Consider both oral and written skills. | Inadequate communication. Requires constant feed-back. | Limited communication. Generally requires some form of input/follow-up from management. | Meets communication requirements. Normally presents, documents & expresses information adequately. | Routinely demonstrates above average communication skills. Provides & shares data with co-workers. Little to no follow-up required. | Displays high communications skills. Consistently provides thorough & detailed information. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems:

Comments: ____

Issued to Employee Date:_____
Returned to Supervisor Date:_____
Extension Date:_____

## 2.0 PERSONAL DEVELOPMENT PLAN
(attach additional sheets if necessary)

| | EMPLOYEE'S COMMENTS | SUPERVISOR'S COMMENTS |
|---|---|---|
| **Achievements:** (Goals met, standards exceeded, projects completed.) | 1. Organize department 5530<br>2. Bring the Fadal machine to production line<br>3) CUONG HAS PROGRAMMED 30-40 JOBS CERAMIC<br>4) COMPLETED ROBOCRIB TRAINING + MAINTENANCE | 1) COMMUNICATIONS COMPLETE FOR ALL CNC MACHINES.<br>2) MOVED TRUS-JOIST TO MILL FROM SURF GRIND. 1/2 HRS/O TO 1 MINUTE/P<br>3) RAYTHEON SURF GRIND FIXTURING DOUBLE PRODUCTION<br>4) WORKING WITH VENDORS TO FIND CHEAPER/BETTER ITEMS<br>5) RAYTHEON BLANCH FIXTURE 10 PARTS AT A TIME |
| **Changes In Performance:** (Changes in skills, knowledge, interests, attitude since last review – refer to ratings on front page.) | Understand the Robo crib software clearly after trained in Califotnia.<br>Save time and understand the billing report from vendors. | |
| **Barriers To Performance:** (Lack of skill, knowledge – job assignment problems – need for training, coaching.) | For more Improve on the job need more training on the Smart Scope machine. | |
| **Development Targets:** (Personal growth goals – upgrading and promotion targets – new skills and knowledge to be gained.) | 1. Write program and check part on Smart Scope.<br>2. More Organize include program, fixture for Rathyon and Clean up on dept. #5530 | 1. GOALS<br>1) SUCCESSFULLY COMPLETE SMARTSCOPE TRAINING<br>2) WORK WITH JONAH IN RAYTHEON CELL TO REDUCE SCRAP, IMPROVE YIELD |
| **Action Plan:** (Steps planned to achieve personal development.) | 1. Work on C'bore fixture to reduce the cycle time.<br>2. Continuos helping Jonah improve the Raythyon job in Dept #5530. | 3) PROGRAM 5 JOBS ON NEW SMARTSCOPE.<br>4) IMPROVE PROCESSES TO SAVE $10K/YR.<br>5) TRAIN 1 PERSON TO RUN ROBOCRIB (BACK UP) |

## 3. SIGNATURES

Employee Signature: _[signature]_  Date: 10/20/06
Immediate Supervisor: _[signature]_  Date: 10/20/06
Manager: _____  Date: _____
HR Representative: _____  Date: _____

HR 007.0                                                                                                                10/00

Issued to Employee Date:_____
Returned to Supervisor Date:_____
Extension Date:_____

# CoorsTek
*Amazing Solutions.*

Golden
## EMPLOYEE PERFORMANCE APPRAISAL AND DEVELOPMENT FORM

Employee Name: __CUONG TRANG__                       Date of Hire: _03_/_03_/_03_

Dept. Name: __METAL #5020__                          Dept. #: __5020__

Job Title: __CNC PROGRAMMER__                        Job Grade: __7__

Reviewing Supervisor: __John Prizkau__               Review Date: ___/___/___

Date of Last Review: ___/___/___    Period Reviewed: ___/___/___ -- ___/___/___

EMPLOYEE PERFORMANCE REVIEW / INSTRUCTIONS: The purpose of a performance review is to help the employee understand how well the employee is currently doing on his/her job and to assist the employee to plan realistic steps toward personal growth and development. Since the focus is on the employee's understanding and development, it is important that the employee participate actively in this review and planning process. This performance review form is intended to be a worksheet with which the employee and the supervisor jointly work out an action program, which will yield improved performance by the employee on the employee's present job and also better equip the employee to handle future responsibilities.

Each employee's ability and fitness in their PRESENT occupation or for promotion may be appraised with a reasonable degree of accuracy and uniformity, through this rating report. The rating requires the appraisal of the employee in terms of their ACTUAL PERFORMANCE. It is essential, therefore, that snap judgment be replaced by careful analysis. Please follow these instructions carefully.
1. Use your own independent judgment.
2. Disregard your general impression of the employee and concentrate on one factor at a time.
3. Study carefully the definitions given for each factor and the specifications for each degree.
4. When rating an employee, call to mind instances that are typical of the employee's work and way of acting. Do not be influenced by UNUSUAL CASES, which are not typical.
5. Make your rating with the utmost care and thought. Be sure that it represents a fair opinion. DO NOT ALLOW PERSONAL FEELINGS TO GOVERN YOUR RATING.

## 1. PERFORMANCE APPRAISAL FACTORS

| 1. QUANTITY OF WORK: Volume of work based upon recognized standards of performance. Consider how well employee meets schedules. | Consistently slow and behind schedule. | Meets only minimum requirements. Volume marginal. | Steady producer. Regularly meets and sometimes exceeds requirements. Good volume. | Regularly and substantially exceeds minimum requirements. Very good volume. | Exceptionally high producer. Consistently does more than expected. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: __Very methodical + efficient.__

| 2. QUALITY OF WORK: Accuracy and thoroughness with which work meets recognized standards of performance. | Below standard. Needs constant checking. | Meets only minimum requirements. Requires more than normal checking. | Frequently exceeds minimum requirements. Requires only normal checking. | Regularly exceeds minimum requirements. Seldom necessary to check. | Exceptionally high standards of quality. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: __High quality few scrap.__

| 3. KNOWLEDGE OF JOB: Knowledge and understanding of all phases of employee's job and related functions. | Lacks basic fundamentals. Poor understanding of techniques and procedures. | Fair knowledge of job requirements and related functions. | Normally expected knowledge of jobs and related functions. | Knowledge of job and related functions above normal. Well informed. | Exceptional mastery over all phases of employee's work and related functions. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☐ | ☒ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems __Very knowledgeable of machinery computer hardware + software. Cuong has advanced his machining skills to include ceramics.__

HR 007.0                                                        [1]    **EXHIBIT 8**

| 4. INITIATIVE: | A routine worker; usually waits to be told, requiring constant directions. | Often waits unnecessarily for directions. | Does regular work without waiting for directions. Follows instructions. Requires little follow-up. | Resourceful; alert to opportunities for improvement of work. Volunteers suggestions. | Exceptionally high producer. Consistently does more than expected. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: ALWAYS HELPING OUT MANUFACTURING DEPT.

| 5. PLANNING & ORGANIZATION: The ability to plan, schedule, coordinate and finish an assignment. | Plans work poorly and inefficiently. Has difficulty in getting satisfactory output. | Merely follows existing procedures. Below normal in planning, organizing and coordinating. | Plans normal work satisfactorily. Needs guidance in major changes. | Needs little guidance in coordinating major efforts. | Recognizes broad objectives clearly and plans and organizes accordingly. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: HIGHLY ORGANIZED MANAGES MULTIPLE PROJECTS EFFECTIVELY

| 6. JUDGMENT The ability to think through a problem, analyze facts and reach a conclusion. Ability to distinguish between the practical and the impractical and to use discretion. | Slow and erratic in analysis. Lacking in ability to evaluate facts. Closed mind on most matters. | Frequently fails to consider obvious facts. Narrow in thinking. May be strongly biased. | Considers obvious facts. Generally displays good judgment. Majority of decisions sound. | Picks out important facts. Conclusions are logical and practical. | Systematically searches for all facts. Exceptional judgment. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: GOOD DECISION MAKING

| 7. DEPENDABILITY: The measure of whether an employee can be counted on to complete a project thoroughly and on time. Absenteeism and tardiness must be considered. | Needs constant supervision. Poor punctuality. Cannot be relied upon. | Requires close supervision. Fair punctuality and attendance. Not dependable. | Average supervision required. Usually prompt and dependable. Less than 41 hours absence in a rolling 12mth period. | Little supervision required. Good record of attendance and punctuality. Dependable. | No supervision required. Extremely conscientious and reliable. Inspires complete confidence. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: VERY DEPENDABLE

| 8. RESPONSIBILITY Does the employee meet goals and objectives on time? | Acceptance of responsibility is unsatisfactory. | Needs improvement in acceptance of responsibility to be satisfactory. | Satisfactorily accepts responsibility. Average accomplishment of goals and objectives. | Employee exhibits good ability and willingness to accept responsibility. | Excellent performance of responsibility. Strives to do more than is required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☐ | ☒ |

Comments on Goals, Achievements, and Problems: HAS TAKEN ON ROBOCUP PROJECTS, PURCHASING DECISION, TOOL DESIGN AND PROGRAMMING OF MANY DEPTS. INCLUDING QRS.

HR 007.0                                                                                   10/00

| 9. FOLLOW THROUGH: Does the employee stick with a goal or objective without undue supervision until the objective has been accomplished? | Requires a great deal of supervision to effectively complete a job/project. | Needs more than average amount of supervision to complete assigned jobs/projects. | Satisfactorily completes most goals/projects. Generally follows through to completion without prompting. | Shows better than average ability to finish a job with relatively little "follow-up" by supervision. | Very persistent. Effectively completes jobs/assignments with little or no supervision. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: JUGGLES MANY PROJECTS. CUONG DOES NOT LEAVE TASKS UNFINISHED.

| 10. ENVIRONMENTAL, HEALTH AND SAFETY COMPLIANCE: Handles job responsibilities in an orderly and organized way; follows safety, environmental and housekeeping standards. | Below standards. Needs constant supervision. | Needs more than average amount of supervision. Meets only minimum requirements. | Average supervision required. Regularly meets requirements. | Employee shows better than average awareness regarding EHS requirements. Little supervision required. | Extremely conscientious. Readily complies with all federal, state and local EHS requirements. Little or no supervision required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☒ | ☐ | ☐ |

Comments on Goals, Achievements, and Problems: ✓

| 11. TEAMWORK: Consider how well employee relates to co-workers. Is employee approachable, helpful, considerate & supportive. | Is not a team-player. Fails to contribute to a teamwork environment. | Needs improvement. Often requires close monitoring from management. | Adequate team skills. Deals effectively with others. | Exceeds requirements. Strives to promote harmony, respect & support to co-workers. | Exceptional team skills. Leads by example & is an inspiration to others. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: GOOD TEAMWORK, WORK WELL WITH MACHINISTS + SUPERVISORS.

| 12. COMMUNICATION: How well does the employee document and assure information is communicated effectively. Consider both oral and written skills. | Inadequate communication. Requires constant feed-back. | Limited communication. Generally requires some form of input/follow-up from management. | Meets communication requirements. Normally presents, documents & expresses information adequately. | Routinely demonstrates above average communication skills. Provides & shares data with co-workers. Little to no follow-up required. | Displays high communications skills. Consistently provides thorough & detailed information. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ☒ | ☐ |

Comments on Goals, Achievements, and Problems: COMMUNICATES WELL WITH MANUFACTURING.

Other Comments: CUONG IS BY FAR THE BEST EMPLOYEE (HOURLY) WITHIN ALL MY DEPARTMENTS. HE CAN MACHINE CIRCLES AROUND MOST OF OUR TOP MACHINISTS + ENGINEERS.

HR 007.0                                                                                             10/00

## 2.0   PERSONAL DEVELOPMENT PLAN
(attach additional sheets if necessary)

| | EMPLOYEE'S COMMENTS | SUPERVISOR'S COMMENTS |
|---|---|---|
| **Achievements:** (Goals met, standards exceeded, projects completed.) | Steven Thai knows how to operator and Program for MATSUURA + more than 3 times require good solution | AMAZING SOLUTIONS. — VACCUM FIXTURING — ENERGY RECOVERY PROGM |
| **Changes In Performance:** (Changes in skills, knowledge, interests, attitude since last review — refer to ratings on front page.) | Know more about Ceramic tooling. | STEVEN HAS BEEN TRAINED ON MATSUURA SEVERAL JOBS MOSTLY FIXTURING. |
| **Barriers To Performance:** (Lack of skill, knowledge — job assignment problems — need for training, coaching.) | need RoboCrib training to help operate better | TOOL CRIB IMPLIMENTATION COMPLETE |
| **Development Targets:** (Personal growth goals — upgrading and promotion targets — new skills and knowledge to be gained.) | Continous improve on robocrib and help other Dept hit the goals require. | CUONG HAS PROGRAMMED MANY CERAMIC JOB FOR 5505 & 5580. |
| **Action Plan:** (Steps planned to achieve personal development.) | + Change Lock of Tool Crib Room + Organize Dept #5020 + buy more tools require for new Fadal and Bring it to Production line. + | 1. SET UP CNC PROGRAMMING DEPT TO HANDLE ALL PROGRAMS FOR CNC MILLING MACHINES (SUPPORT FOR 5505, 5580, 5020 & 5045.) SAME AS ABOVE TO INCLUDE TOOL DESIGN. 3. CLEAN UP COMMUNICATION FOR ALL CNC MACHINES. UPLOAD/DOWNLOAD QUICKLINK FOR WHOLE PLANT. 4. IMPROVE 3 PROCESSES TO SAVE 10K/YEAR |

### 3. SIGNATURES

Employee Signature: _Cuong Hoa Trang_   Date: 8/24/05
Immediate Supervisor: _[signature]_   Date: 08/04/05
Manager: _____   Date: _____
HR: _____   Date: _____

HR 007.0

**COORSTEK**
*Amazing Solutions.*

Issued to Employee Date: _____
Returned to Supervisor Date: _____
Extension Date: _____

Golden
# EMPLOYEE PERFORMANCE APPRAISAL AND DEVELOPMENT FORM

Employee Name: __Cuong Trang__   Date of Hire: __03/03/03__
Dept. Name: __Metal__   Dept. #: __5020__
Job Title: __CNC Programmer__   Job Grade: __7__
Reviewing Supervisor: __John Drutzkau__   Review Date: __01/05/05__
Date of Last Review: __12/12/03__   Period Reviewed: __5/17/04 – 01/05/05__

> EMPLOYEE PERFORMANCE REVIEW / INSTRUCTIONS: The purpose of a performance review is to help the employee understand how well the employee is currently doing on his/her job and to assist the employee to plan realistic steps toward personal growth and development. Since the focus is on the employee's understanding and development, it is important that the employee participate actively in this review and planning process. This performance review form is intended to be a worksheet with which the employee and the supervisor jointly work out an action program, which will yield improved performance by the employee on the employee's present job and also better equip the employee to handle future responsibilities.
>
> Each employee's ability and fitness in their PRESENT occupation or for promotion may be appraised with a reasonable degree of accuracy and uniformity, through this rating report. The rating requires the appraisal of the employee in terms of their ACTUAL PERFORMANCE. It is essential, therefore, that snap judgment be replaced by careful analysis. Please follow these instructions carefully.
> 1. Use your own independent judgment.
> 2. Disregard your general impression of the employee and concentrate on one factor at a time.
> 3. Study carefully the definitions given for each factor and the specifications for each degree.
> 4. When rating an employee, call to mind instances that are typical of the employee's work and way of acting. Do not be influenced by UNUSUAL CASES, which are not typical.
> 5. Make your rating with the utmost care and thought. Be sure that it represents a fair opinion. DO NOT ALLOW PERSONAL FEELINGS TO GOVERN YOUR RATING.

## 1. PERFORMANCE APPRAISAL FACTORS

| 1. QUANTITY OF WORK: Volume of work based upon recognized standards of performance. Consider how well employee meets schedules. | Consistently slow and behind schedule. | Meets only minimum requirements. Volume marginal. | Steady producer. Regularly meets and sometimes exceeds requirements. Good volume. | Regularly and substantially exceeds minimum requirements. Very good volume. | Exceptionally high producer. Consistently does more than expected. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: __Productive__

| 2. QUALITY OF WORK: Accuracy and thoroughness with which work meets recognized standards of performance. | Below standard. Needs constant checking. | Meets only minimum requirements. Requires more than normal checking. | Frequently exceeds minimum requirements. Requires only normal checking. | Regularly exceeds minimum requirements. Seldom necessary to check. | Exceptionally high standards of quality. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: __Very Quality Conscience__

| 3. KNOWLEDGE OF JOB: Knowledge and understanding of all phases of employee's job and related functions. | Lacks basic fundamentals. Poor understanding of techniques and procedures. | Fair knowledge of job requirements and related functions. | Normally expected knowledge of jobs and related functions. | Knowledge of job and related functions above normal. Well informed. | Exceptional mastery over all phases of employee's work and related functions. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems __Excellent knowledge of metal machining, Mastercam. New to ceramic machining.__

HR 007.0

**EXHIBIT 9**

| 4. INITIATIVE: | A routine worker; usually waits to be told, requiring constant directions. | Often waits unnecessarily for directions. | Does regular work without waiting for directions. Follows instructions. Requires little follow-up. | Resourceful; alert to opportunities for improvement of work. Volunteers suggestions. | Exceptionally high producer. Consistently does more than expected. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☒(crossed) | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: GOOD INITIATIVE ON TOOL CRIB. EXCELLENT JOB UNDERSTANDS BIG PICTURE

| 5. PLANNING & ORGANIZATION: The ability to plan, schedule, coordinate and finish an assignment. | Plans work poorly and inefficiently. Has difficulty in getting satisfactory output. | Merely follows existing procedures. Below normal in planning, organizing and coordinating. | Plans normal work satisfactorily. Needs guidance in major changes. | Needs little guidance in coordinating major efforts. | Recognizes broad objectives clearly and plans and organizes accordingly. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: THINKS AHEAD FOR TOOLING / FIXTURING

| 6. JUDGMENT The ability to think through a problem, analyze facts and reach a conclusion. Ability to distinguish between the practical and the impractical and to use discretion. | Slow and erratic in analysis. Lacking in ability to evaluate facts. Closed mind on most matters. | Frequently fails to consider obvious facts. Narrow in thinking. May be strongly biased. | Considers obvious facts. Generally displays good judgment. Majority of decisions sound. | Picks out important facts. Conclusions are logical and practical. | Systematically searches for all facts. Exceptional judgment. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: GOOD JUDGEMENT.

| 7. DEPENDABILITY: The measure of whether an employee can be counted on to complete a project thoroughly and on time. Absenteeism and tardiness must be considered. | Needs constant supervision. Poor punctuality. Cannot be relied upon. | Requires close supervision. Fair punctuality and attendance. Not dependable. | Average supervision required. Usually prompt and dependable. Less than 4 hours absence in a rolling 12mth period. | Little supervision required. Good record of attendance and punctuality. Dependable. | No supervision required. Extremely conscientious and reliable. Inspires complete confidence. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: VERY DEPENDABLE AND FLEXIBLE

| 8. RESPONSIBILITY Does the employee meet goals and objectives on time? | Acceptance of responsibility is unsatisfactory. | Needs improvement in acceptance of responsibility to be satisfactory. | Satisfactorily accepts responsibility. Average accomplishment of goals and objectives. | Employee exhibits good ability and willingness to accept responsibility. | Excellent performance of responsibility. Strives to do more than is required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: VERY RESPONSIBLE TOOL CRIB, CERAMIC PROGRAMMING, MATSUURA GOOGS HAS TAKEN ON HR EVERYTHING I HAVE THROWN ON HIM

10/00

| 9. FOLLOW THROUGH: Does the employee stick with a goal or objective without undue supervision until the objective has been accomplished? | Requires a great deal of supervision to effectively complete a job/project. | Needs more than average amount of supervision to complete assigned jobs/projects. | Satisfactorily completes most goals/projects. Generally follows through to completion without prompting. | Shows better than average ability to finish a job with relatively little "follow-up" by supervision. | Very persistent. Effectively completes jobs/assignments with little or no supervision. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: REQUIRES LITTLE FOLLOW UP

| 10. ENVIRONMENTAL, HEALTH AND SAFETY COMPLIANCE: Handles job responsibilities in an orderly and organized way; follows safety, environmental and housekeeping standards. | Below standards. Needs constant supervision. | Needs more than average amount of supervision. Meets only minimum requirements. | Average supervision required. Regularly meets requirements. | Employee shows better than average awareness regarding EHS requirements. Little supervision required. | Extremely conscientious. Readily complies with all federal, state and local EHS requirements. Little or no supervision required. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ✓ | ☐ | ☐ |

Comments on Goals, Achievements, and Problems: _____

| 11. TEAMWORK: Consider how well employee relates to co-workers. Is employee approachable, helpful, considerate & supportive. | Is not a team-player. Fails to contribute to a teamwork environment. | Needs improvement. Often requires close monitoring from management. | Adequate team skills. Deals effectively with others. | Exceeds requirements. Strives to promote harmony, respect & support to co-workers. | Exceptional team skills. Leads by example & is an inspiration to others. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☐ | ☒ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: WORKS WELL WITH EVERYONE EVEN IN DIFFICULT SITUATIONS

| 12. COMMUNICATION: How well does the employee document and assure information is communicated effectively. Consider both oral and written skills. | Inadequate communication. Requires constant feed-back. | Limited communication. Generally requires some form of input/follow-up from management. | Meets communication requirements. Normally presents, documents & expresses information adequately. | Routinely demonstrates above average communication skills. Provides & shares data with co-workers. Little to no follow-up required. | Displays high communications skills. Consistently provides thorough & detailed information. |
|---|---|---|---|---|---|
| Employee Rating | ☐ | ☐ | ☒ | ☐ | ☐ |
| Supervisor Rating | ☐ | ☐ | ☐ | ✓ | ☐ |

Comments on Goals, Achievements, and Problems: GOOD COMMUNICATION E-MAILS ETC.

Other Comments: _____

## 2.0   PERSONAL DEVELOPMENT PLAN
(attach additional sheets if necessary)

| | EMPLOYEE'S COMMENTS | SUPERVISOR'S COMMENTS |
|---|---|---|
| **Achievements:** (Goals met, standards exceeded, projects completed.) | | Cuong has been instrumental in the integration of the tool crib and is working with the supervisors/leads to ensure their tooling needs are met. |
| **Changes In Performance:** (Changes in skills, knowledge, interests, attitude since last review – refer to ratings on front page.) | | |
| **Barriers To Performance:** (Lack of skill, knowledge – job assignment problems – need for training, coaching.) | | Also with converting AE components from Haas to Horizontal. |
| **Development Targets:** (Personal growth goals – upgrading and promotion targets – new skills and knowledge to be gained.) | | Goals: <br> 1) Submit 2 amazing solutions. <br> 2) Completely implement tool crib and train supervisors to issue inventory (bulk items) <br> 3) Train Steven Tran to set-up and program 1 part complete on Matsuura Horizontal <br> 4) Program 3 new ceramic parts for Haas milling area. |
| **Action Plan:** (Steps planned to achieve personal development.) | | |

## 3. SIGNATURES

Employee Signature: Cuongquoctang    Date: /01/5/04
Immediate Supervisor: _____    Date: _____
Manager: _____    Date: 01/05/04
HR: _____    Date: _____

HR 007.0                                                                10/00